■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MYERS, Appellant.— Motion by appellant to reverse a judgment of conviction of the County Court, Westchester County, rendered September 21, 1959 after trial; to dismiss the indictment and remit the fine paid, on the ground that the complete stenographic minutes of the trial are unavailable (Code Crim. Pro., § 456). Motion granted to the extent of: (a) reversing the judgment and remanding the action to the County Court for a retrial on the original indictment; and (b) directing that the fine be remitted. In all other respects, the motion is denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ MAJESTIC P. & H. SUPPLY CORP., Plaintiff, v. TRI-BORO SUPPLY Co., Defendants.— In an action pending in the Supreme Court, Queens County, the plaintiff, pursuant to statute (Civ. Prac. Act, § 132), moves to vacate an order made ex parte on March 11, 1963 by a Justice of the Supreme Court resident in the Seventh Judicial District. The order requires the plaintiff to show cause at a Special Term of the Supreme Court to be held in the County of Wayne, Village of Lyons, on May 1, 1963, why defendant's default should not be opened, the judgment entered thereon vacated and the action set down for trial. The order also stays all proceedings for the enforcement of the judgment pending the hearing and determination of the motion. Application granted; said order to show cause and the stay granted by such order vacated. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

## (April 11, 1963)

■ In the Matter of JOE EPHRAIM MOSES for Admission to Practice as an Attorney (From England).— Application granted. Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.